IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| ATLANTIC CONSTRUCTION SERVICES, INC., | ) ) ) | C/A No.:2:12-823-DCN |
| Plaintiff, | ) ) | **ORDER** |
| -vs- | ) ) | |
| LLOYD'S OF LONDON, | ) ) | |
| Defendant. | ) ) | |

This matter is before the court upon defendant Lloyd's of London's Motion to Dismiss. This motion was filed on March 28, 2012.

It appears from the record that there has been nothing filed in opposition to this motion. It is therefore

**ORDERED,** that defendant's Motion to Dismiss is hereby **GRANTED**.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

May 24, 2012
Charleston, South Carolina